

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 25, 2020

VIA ECF
Hon. Ronnie Abrams
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

      Re:    *Zheng v. Wolf, et al.*, No. 20 Civ. 5922 (RA)

Dear Judge Abrams:

      This Office represents the government in this action in which plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Petition for Alien Relative (Form I-130). On behalf of the government, I write respectfully to request that the initial conference presently scheduled for September 3, 2020 be adjourned to a date at least one week after October 2, 2020. I also respectfully request that the deadline to file the joint letter accompanying the conference be extended accordingly.

      By way of background, this Office was served with a copy of the complaint on August 3, 2020. Thus the government's response to the complaint is due October 2, 2020. *See* Fed. R. Civ. P. 12(a)(2). Additionally, USCIS has scheduled plaintiff for an interview on September 22, 2020, in regards to this Form I-130. The adjournment and extension is respectfully requested in light of the October 2 response date and the upcoming interview, in order to allow the government sufficient time to investigate the facts and circumstances of the case and formulate its position in this litigation. The government thus respectfully submits that the requested adjournment and extension is in the interests of judicial efficiency and conservation of resources. This is the government's first request to adjourn the initial conference and to extend the deadline to file the joint letter. Plaintiff's counsel consents to these requests.

      I thank the Court for its consideration of this letter.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:   *s/ Simon Nakajima*
      SIMON NAKAJIMA
      Special Assistant United States Attorney
      Telephone: (212) 637-2770
      Facsimile: (212) 637-2786
      E-mail: simon.nakajima@usdoj.gov

cc: Counsel of record (via ECF)

---

Application granted. The initial conference is adjourned until October 9, 2020 at 3:30 pm. The parties shall file their joint status letter and proposed case management plan no later than October 2, 2020.

SO ORDERED.

*[signature]*

Ronnie Abrams, U.S.D.J.
8/26/2020